NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PANTECH CORPORATION, PANTECH WIRELESS, LLC,**

*Plaintiffs-Cross-Appellants*

**v.**

**ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,**

*Defendant-Appellant*

---

2025-1628, 2025-1629

---

Appeals from the United States District Court for the Eastern District of Texas in No. 5:22-cv-00069-RWS, Judge Robert Schroeder, III.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

May 28, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 28, 2026